◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSCOE THOMAS, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated December 14, 1961, which denied, without a hearing, his application to vacate a judgment of said court,

rendered October 26, 1959 on his plea of guilty, convicting him of attempted arson in the third degree, and sentencing him as a third felony offender. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.